IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONE 14K WHITE GOLD DIAMOND ) <br> BAND WITH 24 ROUND FULL CUT ) <br> DIAMONDS TOTALING 2.88 CARATS, ) <br> ) <br> ONE 14K WHITE GOLD DIAMOND ) <br> BAND WITH 18 ROUND FULL CUT ) <br> DIAMONDS TOTALING 2.52 CARATS, ) <br> ) <br> and ) <br> ) <br> ONE 14K WHITE GOLD DIAMOND ) <br> SOLITAIRE RING WITH OVAL ) <br> BRILLIANT CUT DIAMOND OF 1.65 ) <br> CARATS, ) <br> ) <br> Defendants. ) | Case No. 4:13-cv-106 |

**ORDER OF FORFEITURE**

Upon review of the United States Request for Entry of Order of Forfeiture, this Court finds as follows:

1. A Verified Complaint for Forfeiture in *Rem* was filed on March 5, 2013.

2. Pursuant to Supplemental Rule G(4)(b), notice of this action was served on potential claimant Marla Schippers who filed a claim (Doc. #6) and answer (Doc. #8) in this proceeding.

3. Pursuant to Rule G(4)(a)(iv)(C), notice was published for thirty (30) days on the official government internet forfeiture site beginning on March 6, 2013. (Doc. #10).

4. Pursuant to Rule G(5)(a)(ii)(A) and (B), claims must be filed within the time stated in the direct notice, which is 35 days from the date of the notice, and no later than 60 days

1

2

after the first date of internet publication. The time for filing a claim to the Defendant property has run and the only claim was brought by Marla Schippers.

5. The United States and Marla Schippers entered into a Stipulation in which the parties agreed to resolve her claim. (Doc. #15).

6. Pursuant to the terms of the Stipulation, the United States is entitled to judgment in its favor and to an order forfeiting $4,000.00 and one 14K white gold diamond band with 18 round full cut diamonds totaling 2.52 carats. The following property is to be returned to Marla Schippers: one 14K white gold diamond band with 24 round full cut diamonds totaling 2.88 carats and one 14K white gold diamond solitaire ring with oval brilliant cut diamond of 1.65 carats.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the United States and that the $4,000.00 and one 14K white gold diamond band with 18 round full cut diamonds totaling 2.52 carats are hereby forfeited to the United States. All right, title and interest to the property is vested in the United States.

**IT IS SO ORDERED.**

Date: 1/2/14

JUDGE JOHN A. JARVEY
U.S. DISTRICT COURT